Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Wesley W. Whitmyer
David W. Aldrich
Christopher H. Strate
Walter B. Welsh
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: daldrich@ssjr.com
       cstrate@ssjr.com
       wwelsh@ssjr.com
       wwhitmyer@ssjr.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, AND STRYKER COMMUNICATIONS, INC.<br><br>Defendants. | **Case No. C 09-0355 (VRW)**<br><br>[PROPOSED] **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: January 14, 2010<br>Time: 10:00 am<br>Courtroom 6, 17th Floor<br><br>**Hon. Vaughn R. Walker** |

The Court has reviewed the papers presented relating to Karl Storz Endoscopy-America, Inc.'s Unopposed Motion for Leave to File a Second Amended Complaint. Based on the liberal amendment policy under Federal Rule of Civil Procedure 15, as well as the motion being unopposed, and good cause being found, IT IS HEREBY ORDERED THAT the motion for leave file the Second Amended Complaint (along with patents referenced in that document) is GRANTED. Karl Storz Endoscopy-America, Inc. is to file such amended pleading with the Court within 10 days of entry of this Order.

IT IS SO ORDERED

Dated: 11/5/2009



Judge Vaughn R Walker
United States District Chief Judge

Case No. C 09-0355 (VRW)
[PROPOSED] ORDER 1