Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
    rfinley@beckross.com
    abismonte@beckross.com
    jduggan@beckross.com

Attorneys for Plaintiff, Karl Storz Endoscopy-America, Inc.

William R. Overend (Cal. Bar No. 180209)
REED SMITH LLP
101 Second St Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
Email: woverend@reedsmith.com

Attorneys for Defendants, Stryker Corporation and Stryker Communications, Inc.

**[ADDITIONAL COUNSEL
IDENTIFIED ON SIGNATURE PAGE]**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, AND STRYKER COMMUNICATIONS, INC.<br><br>Defendants. | **Case No. C 09-0355 (VRW)**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT L.R. 4-3 JOINT STATEMENT DEADLINE**<br><br>**[CIVIL L.R. 7-12]**<br><br>**Hon. Vaughn R. Walker** |

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

Pursuant to Civil Local Rule 7-12, Plaintiff and Counterclaim Defendant Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants and Counterclaimants Stryker Corporation and Stryker Communications, Inc. ("Stryker"), by and through their attorneys, hereby stipulate to and jointly request the Court as follows:

By Order dated May 14, 2009 (Docket No. 96-1), the Court entered an initial case management order. That order included a December 17, 2009 deadline for the parties to "comply with Patent L.R. 4-3 'Joint Claim Construction and Prehearing Statement'" (the "L.R. 4-3 Statement").

The parties have been diligently working to resolve issues and disagreements as to the meanings of claim limitations in dispute, but believe they could use additional time to resolve and limit the number of disputes and prepare a more focused L.R. 4-3 Statement. This would result in increased efficiency and convenience for the Court.

The parties have neither previously requested nor obtained any extension regarding the L.R. 4-3 Statement, but believe that a brief extension now from December 17, 2009 until January 7, 2010 is appropriate.

The parties do not contemplate that this extension of the L.R. 4-3 Statement deadline will alter or modify any other deadlines set by the Court, including the dates set for trial and the dates set for the claim construction hearing and related briefing.

ACCORDINGLY, IT IS HEREBY STIPULATED, with the Court's permission, that the deadline for the parties to file a L.R. 4-3 Statement be extended from December 17, 2009 until January 7, 2010.

Dated: December 15, 2009            Respectfully Submitted,

                                    BECK, ROSS, BISMONTE, & FINLEY, LLP


                                    /s/ Alfredo A. Bismonte
                                    By: Alfredo A. Bismonte

ST. ONGE STEWARD JOHNSTON & REENS LLC
Wesley W. Whitmyer
David W. Aldrich
Christopher H. Strate
Walter B. Welsh
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: wwhitmyer@ssjr.com
daldrich@ssjr.com
cstrate@ssjr.com
wwelsh@ssjr.com

Attorneys for Plaintiff and Counterclaim Defendant,
Karl Storz Endoscopy-America, Inc.

Dated: December 15, 2009    Respectfully submitted,

REED SMITH LLP

/s/ William R. Overend[1]
By: William R. Overend

MCANDREWS HELD & MALLOY, LTD
Gregory Joseph Vogler
Anthony Robert Surette
Andrew W. Bateman
500 W. Madison St, 34th Floor
Chicago, IL 60661
Tel: 312-775-8000
Fax: (312) 775-8100
Email: gvogler@mcandrews-ip.com
bsurrette@mcandrews-ip.com
abateman@mcandrews-ip.com

Attorneys for Defendants and Counterclaimants,
Stryker Corporation and Stryker Communications, Inc.

---

[1] Pursuant to General Order No. 45, Section X, the efiler of this document attests that concurrence in the filing of this document was obtained from William R. Overend.

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/18/2009  _____
UNITED STATES DISTRICT JUDGE
Hon. Vaughn R. Walker



BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900