IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL STORZ ENDOSCOPY-AMERICA, INC,

        Plaintiff,

        v.

STRYKER CORPORATION AND STRYKER COMMUNICATIONS, INC,

        Defendants.

No. C09-355 VRW

ORDER RE LETTER BRIEFS

On November 12, 2009, Stryker filed a letter brief requesting an order to compel KSEA to produce documents listed on Mr Laux's privilege log. Doc #107. KSEA timely filed a responsive letter brief. Doc #108. In light of the motion for summary judgment filed by Stryker on December 7, 2009, Doc #110, the parties are ordered to submit a joint letter narrowing down any remaining dispute over production of the Laux documents and summarizing each party's position. The joint letter may not exceed five pages and must be filed by January 19, 2010.

Stryker has filed a motion to file under seal documents designated by KSEA as confidential. Doc #106. If KSEA has not

filed by January 19, 2010 a declaration establishing that the designated information is sealable, the proposed filing will be made part of the public record pursuant to Civil Local Rule 79-5(d).

IT IS SO ORDERED.

             *[signature]*
             _____
             **VAUGHN R WALKER**
             **United States District Chief Judge**