Justin T. Beck (Cal. Bar. No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Ron C. Finley (Cal. Bar. No. 200549)
Jeremy M. Duggan (Cal. Bar. No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
      rfinley@beckross.com
      abismonte@beckross.com
      jduggan@beckross.com

Wesley W. Whitmyer
David W. Aldrich
Christopher H. Strate
Walter B. Welsh
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email: wwhitmyer@ssjr.com
      daldrich@ssjr.com
      cstrate@ssjr.com
      wwelsh@ssjr.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.:

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, AND STRYKER COMMUNICATIONS, INC.<br><br>Defendants. | **Case No. C 09-0355 (VRW)**<br>AMENDED<br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Vaughn R. Walker |

**CASE NO. C 09-0355 (VRW)**
**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1  Having considered Defendants and Counterclaimants Stryker Corporation and Stryker Communications, Inc.'s (collectively "Stryker") Administrative Motion to File Documents Under seal (Doc. No. 106), the supporting Declaration of William R. Overend In Support of Administrative Motion to File Documents Under Seal (Doc. No. 106-1), and the Declaration of Walter B. Welsh, Esq. in Support of Stryker's Administrative Motion to File Documents Under Seal, the Court finds that good cause exists for an order sealing documents. Accordingly, it is HEREBY ORDERED that Stryker's November 12, 2009 letter brief and Exhibit E thereto shall be filed under seal. It is FURTHER ORDERED that within four days of the date of this order, Stryker must file electronically Exhibits B and C to its November 12, 2009 letter brief in order to make those documents part of the record in this case.

**IT IS SO ORDERED.**

Dated: 2/4/2010

