1  Gregory J. Vogler (admitted *pro hac vice*)
   Email:  gvogler@mcandrews-ip.com
2  Robert A Surrette (admitted *pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
3  Andrew W. Bateman(admitted *pro hac vice*)
   Email:  abateman@mcandrews-ip.com
4  McANDREWS, HELD & MALLOY, LTD
   500 West Madison Street, 34th Floor
5  Chicago, IL 60661
   Telephone:  312-775-8000
6  Facsimile:  312-775-8100

7  William R. Overend (SBN 180209)
   Email:  woverend@reedsmith.com
8  REED SMITH LLP
   101 Second Street, Suite 1800
9  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
10 Facsimile:     +1 415 391 8269

11 Attorneys for Defendants and Counterclaimants
   STRYKER CORPORATION AND STRYKER
12 COMMUNICATIONS, INC.

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16  KARL STORZ ENDOSCOPY-AMERICA, INC.,    Case No. C 09-0355 (VRW)

17              Plaintiff,                 **AMENDED STIPULATION AND
                                           ~~[PROPOSED]~~ ORDER EXTENDING**
18       vs.                               **DEADLINES**

19  STRYKER CORPORATION and STRYKER        **[Civ. L.R. 6-2 & 7-12]**
    COMMUNICATIONS, INC.,
20                                         Honorable Vaughn R. Walker
              Defendants.

21

22  AND RELATED COUNTERCLAIMS

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –                                      US_ACTIVE-103711678.2

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), through their respective counsel of record, hereby stipulate to and jointly request the Court as follows:

1.     By Order dated May 14, 2009 (Doc # 96-1), the Court entered an initial case management order.  That order included the following deadlines:

| | |
|---|---|
| Fact discovery deadline | July 16, 2010 |
| Deadline to disclose expert witnesses | July 16, 2010 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | August 20, 2010 |
| Deadline to serve rebuttal expert reports | October 15, 2010 |
| Expert discovery deadline | December 17, 2010 |
| Deadline to file dispositive motions | January 21, 2011 |
| Hearings on dispositive motions | April 21, 2011 (pending court availability) |

2.     The May 14, 2009 Order also set the claim construction hearing for March 17, 2010. Thus, the Court originally arranged the case schedule such that the close of fact discovery and disclosure of expert witnesses would occur approximately three months after the claim construction hearing.

3.     Based on the Court's Notice of Unavailability and subsequent communications with the Courtroom Deputy, Cora Klein, the parties learned that the Court would no longer be available for the claim construction hearing on March 17, 2010.  Thus, the parties filed a stipulation and proposed order to move the hearing to a date on which the Court was available.  Accordingly, by Order dated January 27, 2010 (Doc # 186), the Court entered a modified schedule for certain events up to and including the claim construction hearing.  The Order continued the claim construction hearing date from March 17, 2010, until June 23, 2010.  Per the Order, Stryker's Motion for Summary Judgment of Non-Infringement and KSEA's Cross Motion for Partial Summary Judgment

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

of Infringement will also be heard on June 23, 2010.

4.     The new claim construction (and summary judgment) hearing date of June 23, 2010, provides only a narrow window of time between the hearing and the close of fact discovery on July 16, 2010.  Despite the diligent efforts of the parties to conduct discovery in parallel with other case deadlines pertaining to summary judgment briefing and claim construction, the parties believe that additional time will be needed to fully and fairly conduct discovery.  To preserve the original time interval between the claim construction hearing and the close of fact discovery, and to preserve the original time intervals between the other, subsequent deadlines, the parties propose the following modifications to the schedule (which extend the current deadlines by approximately ninety days):

| Fact discovery deadline | October 14, 2010 |
| Deadline to disclose expert witnesses | October 14, 2010 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | November 18, 2010 |
| Deadline to serve rebuttal expert reports | January 13, 2011 |
| Expert discovery deadline | March 17, 2011 |
| Deadline to file dispositive motions | May 26, 2011 |
| Hearings on dispositive motions | July 7, 2011 (pending court availability) |

5.     Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the Declaration of William R. Overend setting forth (a) the reasons for the requested rescheduling; (b) all previous time modifications in the case; and (c) the effect of the requested rescheduling.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-103711678.2

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  May 17, 2010.                                    REED SMITH LLP


By_____/s/ William R. Overend_____
William R. Overend
Attorneys for Defendants
Stryker Corporation and Stryker Communications, Inc.
Dated:  May 17, 2010.                                    BECK, ROSS, BISMONTE & FINLEY, LLP


By_____/s/ Alfredo A. Bismonte_____
Alfredo A. Bismonte
Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

## CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.


DATED:  May 17, 2010.

REED SMITH LLP


By_____/s/ William R. Overend_____
William R. Overend
Attorneys for Defendants
Stryker Corporation and Stryker Communications, Inc.

US_ACTIVE-103711678.2

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## **ORDER**

2

3     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5     Dated: _____May 24_____, 2010

6     _____
      Honorable Vaughn R Walker
      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US_ACTIVE-103711678.2

Amended Stipulation and Proposed Order Extending Deadlines
Case No. C 09-0355 (VRW)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware