IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC, <br><br> Plaintiff, <br><br> v <br><br> STRYKER CORPORATION AND STRYKER COMMUNICATIONS, INC, <br><br> Defendants. / | No   C 09-0355 VRW <br><br> ORDER |

On March 1, 2010, the court denied without prejudice defendants' motion to compel production of documents pending plaintiff's submission of a supplemental affidavit supporting plaintiff's attorney-client privilege claim. Doc #198. Plaintiff submitted a supplemental affidavit on March 11, 2010. Doc #199. Defendants thereafter renewed the motion to compel by letter brief. Doc #200.

Plaintiff's supplemental affidavit explains for each document the basis for plaintiff's claim of privilege. See Doc

#199 at 12-29; Doc #199-12.  The submission suffices to meet plaintiff's burden to show the documents sought by defendants, document nos 1-3, 5-8, 10-18 and 20-25, fall within the scope of attorney-client privilege as defined in In re Spalding Sports Worldwide, 203 F3d 800, 803 (Fed Cir 2000); see also Clarke v American Commerce National Bank, 974 F2d 127, 129 (9th Cir 1992). Accordingly, defendants' renewed motion to compel, Doc #200, is DENIED.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge