| | |
|---|---|
| 1 | Gregory J. Vogler (admitted *pro hac vice*) |
| | Email:  gvogler@mcandrews-ip.com |
| 2 | Robert A. Surrette (admitted *pro hac vice*) |
| | Email:  bsurrette@mcandrews-ip.com |
| 3 | Andrew W. Bateman (admitted *pro hac vice*) |
| 4 | Email:  abateman@mcandrews-ip.com |
| | McANDREWS, HELD & MALLOY, LTD. |
| 5 | 500 West Madison Street, 34th Floor |
| | Chicago, Illinois 60661 |
| 6 | Telephone:  (312) 775-8000 |
| 7 | Facsimile:  (312) 775-8100 |
| 8 | William Ross Overend (SBN 180209) |
| | Email:  woverend@reedsmith.com |
| 9 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 10 | San Francisco, California 94105 |
| 11 | Telephone: (415) 543-8700 |
| | Facsimile: (415) 391-8269 |
| 12 | |
| | Attorneys for Defendants |
| 13 | STRYKER CORPORATION and |
| | STRYKER COMMUNICATIONS, INC. |
| 14 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | ) ) | Case No. C 09-0355 (VRW) |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER IN SUPPORT OF STRYKER CORPORATION AND STRYKER COMMUNICATIONS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL MATERIAL RELATING TO CLAIM CONSTRUCTION ORDER IN RELATED CASE** |
| v. | ) ) ) | |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | ) ) ) | |
| Defendants. | ) | |
| | | Honorable Vaughn R. Walker |

On September 2, 2010, Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker") filed an administrative motion for leave to submit supplemental material relating to a claim construction order in a related case. After consideration of the papers, and good cause appearing, it is HEREBY ORDERED THAT Stryker's administrative motion is GRANTED. The parties are permitted to submit supplemental briefing pertaining to the claim constructions in the August 18, 2010 claim construction order in the case *Karl Storz Endoscopy-America, Inc. v. Smith & Nephew, Inc.* (Case No. 2:07-02702-JPM-cgc) according to the following schedule:

1. Stryker and KSEA may file and serve supplemental briefs not later than September 15, 2010. Each supplemental brief shall not exceed ten (10) pages.
2. Stryker and KSEA may file and serve supplemental reply briefs not later than September 22, 2010. Each supplemental reply brief shall not exceed five (5) pages.

**IT IS SO ORDERED.**

Dated: 9/8/2010

_____
The Hon. Vaughn R. Walker
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER IN SUPPORT OF STRYKER'S ADMINISTRATIVE MOTION
TO SUBMIT SUPPLEMENTAL MATERIAL
CASE NO. C 09-0355 (VRW)                                                                                                                1