Gregory J. Vogler (admitted *pro hac vice*)
Email: gvogler@mcandrews-ip.com
Robert A Surrette (admitted *pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Andrew W. Bateman (admitted *pro hac vice*)
Email: abateman@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: 312-775-8000
Facsimile: 312-775-8100

William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants and Counterclaimants
STRYKER CORPORATION AND STRYKER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 09-0355 (VRW) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES** <br><br> [Civ. L.R. 6-2 & 7-12] <br><br> Honorable Vaughn R. Walker |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

– 2 –

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), through their respective counsel of record, hereby stipulate to and jointly request the Court as follows:

1. By Order dated May 14, 2009 (Doc # 96-1), the Court entered an initial case management order. That order included the following schedule of deadlines and hearings:

| | |
|---|---|
| Claim construction hearing | March 17, 2010 |
| Fact discovery deadline | July 16, 2010 |
| Deadline to disclose expert witnesses | July 16, 2010 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | August 20, 2010 |
| Deadline to serve rebuttal expert reports | October 15, 2010 |
| Expert discovery deadline | December 17, 2010 |
| Deadline to file dispositive motions | January 21, 2011 |
| Hearings on dispositive motions | April 21, 2011 (pending court availability) |

Thus, the Court originally arranged the case schedule such that the close of fact discovery and the deadline to disclose expert witnesses would occur approximately four months after the claim construction hearing.

2. Due to the Court's unavailability, and pursuant to stipulation of the parties, the Court ordered on February 1, 2010 (Doc #186) that the claim construction hearing be continued from March 17, 2010 until June 23, 2010. Per the Order, Stryker's Motion for Summary Judgment of Non-Infringement, KSEA's Cross Motion for Partial Summary Judgment of Infringement, and KSEA's Rule 56(f) Motion to Allow Time for Necessary Discovery in Light of Pending Motion for Summary Judgment were also scheduled to be heard on June 23, 2010.

3. In order to maintain the originally intended amount of time between the claim

– 2 –
US_ACTIVE-103069979.1
Stipulation and Proposed Order Extending Deadlines
Case No. C 09-0355 (VRW)

construction hearing and the subsequent deadlines, the parties sought a continuation of those deadlines. Thus, by Order dated May 24, 2010 (Doc # 217), the Court set the following schedule pursuant to stipulation of the parties:

| | |
|---|---|
| Fact discovery deadline | October 14, 2010 |
| Deadline to disclose expert witnesses | October 14, 2010 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | November 18, 2010 |
| Deadline to serve rebuttal expert reports | January 13, 2011 |
| Expert discovery deadline | March 17, 2011 |
| Deadline to file dispositive motions | May 26, 2011 |
| Hearings on dispositive motions | July 7, 2011 (pending court availability) |

4.  By Clerk's Notice on June 2, 2010 (Doc # 218), the Court notified the parties that the claim construction (and summary judgment and Rule 56(f)) hearing would be continued from June 23, 2010 to September 1, 2010.

5.  Despite the diligent efforts of the parties, the parties believe that additional time will be needed to fully and fairly conduct discovery. The new hearing date of September 1, 2010 provides only a narrow window of time between the claim construction (and summary judgment and Rule 56(f)) hearing and the close of fact discovery on October 14, 2010. Moreover, counsel for KSEA has recently discovered the existence of a large number of documents that are responsive to Stryker's discovery requests but have not yet been produced. KSEA has had difficulties procuring many of these documents, which are in the custody of overseas entities. The parties have had to postpone related discovery as a result, including the depositions of three individuals listed as inventors on the patents-in-suit.

6.  To preserve approximately the original time interval between the claim construction hearing and the close of fact discovery (and the original time intervals between the other, subsequent

– 4 –

1  deadlines), and in light of KSEA's need for additional time to obtain and produce the documents
2  noted above, the parties propose the following modifications to the schedule (which extend the
3  current dates by approximately ninety days):

| | |
|---|---|
| Fact discovery deadline | January 12, 2011 |
| Deadline to disclose expert witnesses | January 12, 2011 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | February 16, 2011 |
| Deadline to serve rebuttal expert reports | April 13, 2011 |
| Expert discovery deadline | June 15, 2011 |
| Deadline to file dispositive motions | August 24, 2011 |
| Hearings on dispositive motions | October 6, 2011 (pending court availability) |

7.  Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the Declaration of William R. Overend setting forth (a) the reasons for the requested rescheduling; (b) all previous time modifications in the case; and (c) the effect of the requested rescheduling.

– 5 –

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 17, 2010.            REED SMITH LLP

By    */s/ William R. Overend*
William R. Overend
Attorneys for Defendants
Stryker Corporation and Stryker Communications, Inc.

Dated: August 17, 2010.            BECK, ROSS, BISMONTE & FINLEY, LLP

By    */s/ Alfredo A. Bismonte*
Alfredo A. Bismonte
Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: August 17, 2010.

REED SMITH LLP

By    */s/ William R. Overend*
William R. Overend
Attorneys for Defendants
Stryker Corporation and Stryker Communications, Inc.

– 6 –

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 9__, 2010    _____
Honorable Vaughn Walker
United States District Judge

*[Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*