Gregory J. Vogler (admitted *pro hac vice*)
Email: gvogler@mcandrews-ip.com
Robert A Surrette (admitted *pro hac vice*)
Email: bsurrette@mcandrews-ip.com
Andrew W. Bateman(admitted *pro hac vice*)
Email: abateman@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: 312-775-8000
Facsimile: 312-775-8100

William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants and Counterclaimants
STRYKER CORPORATION AND STRYKER
COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No. C 09-0355 (VRW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES** |
| vs. | **[Civ. L.R. 6-2 & 7-12]** |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | Honorable Vaughn R. Walker |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

*(left margin, vertical text)* REED SMITH LLP   A limited liability partnership formed in the State of Delaware

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), through their respective counsel of record, hereby stipulate to and jointly request the Court as follows:

1.      By Order dated May 14, 2009 (Doc # 96-1), the Court entered an initial case management order.  That order included the following schedule of deadlines and hearings:

| | |
|---|---|
| Claim construction hearing | March 17, 2010 |
| Fact discovery deadline | July 16, 2010 |
| Deadline to disclose expert witnesses | July 16, 2010 |
| Deadline to serve expert report(s) for which a party bears the burden of proof | August 20, 2010 |
| Deadline to serve rebuttal expert reports | October 15, 2010 |
| Expert discovery deadline | December 17, 2010 |
| Deadline to file dispositive motions | January 21, 2011 |
| Hearings on dispositive motions | April 21, 2011 (pending court availability) |

Thus, the Court originally arranged the case schedule such that the close of fact discovery and the deadline to disclose expert witnesses would occur approximately four months after the claim construction hearing, with subsequent deadlines and hearing dates spaced apart in the manner shown above.

2.      Due to the Court's unavailability, and pursuant to stipulation of the parties, the Court ordered on February 1, 2010 (Doc #186) that the claim construction hearing be continued from March 17, 2010 until June 23, 2010.  Per the Order, Stryker's Motion for Summary Judgment of Non-Infringement, KSEA's Cross Motion for Partial Summary Judgment of Infringement, and KSEA's Rule 56(f) Motion to Allow Time for Necessary Discovery in Light of Pending Motion for Summary Judgment were also scheduled to be heard at the June 23, 2010 hearing.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

3.      In order to maintain the originally intended amount of time between the June 23, 2010 hearing and the subsequent deadlines, the parties sought a continuation of those deadlines. Pursuant to stipulation of the parties, the Court granted the continuation in an Order dated May 24, 2010 (Doc # 217).

4.      By Clerk's Notice on June 2, 2010 (Doc # 218), the Court notified the parties that the June 23, 2010 hearing was continued to September 1, 2010.  Pursuant to stipulation of the parties, the Court on August 27, 2010 further continued the hearing from September 1, 2010 to October 6, 2010.  Also pursuant to stipulation of the parties, the Court continued the subsequent case deadlines in an Order dated September 9, 2010 (Doc # 228).

5.      By Clerk's Notice on October 4, 2010 (Doc # 236), the Court notified the parties that the hearing scheduled for October 6, 2010 was vacated, to be rescheduled at a later time.  In a subsequent telephone conference with counsel for both parties, the Courtroom deputy informed the parties that January 12, 2011 was an available date to re-set the hearing.

6.      The parties hereby propose and stipulate to a new hearing date of January 12, 2011 on the following:  (a) claim construction; (b) Stryker's Motion for Summary Judgment of Non-Infringement; and (c) KSEA's Cross Motion for Partial Summary Judgment of Infringement (collectively, "the Motions").

7.      Pursuant to conversations with the Court's courtroom deputy, the parties understand that the proposed January 12, 2011 date for the Hearing, even if presently adopted by the Court, may need to be vacated and re-scheduled in the future.  Moreover, the parties understand that the entire case will be transitioned to a new judge when Judge Walker retires in 2011.  The identity of the new judge is not presently known to the parties.

8.      As a result, there exists considerable uncertainty as to the date on which the hearing on the Motions will ultimately take place.  Accordingly, the parties believe that it is most efficient to schedule the remaining case deadlines so that they are linked to the actual date on which the Motions are heard ("New Hearing Date").  By doing so, the parties will be able to maintain the originally intended amount of time between the New Hearing Date and the subsequent case deadlines, without having to file additional stipulations re-setting the other case deadlines if the hearing on the Motions

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

is continued or vacated again.  Accordingly, the parties hereby propose and stipulate to subsequent deadlines that are scheduled relative to the New Hearing Date as follows:

| | |
|---|---|
| Fact discovery deadline | 17 weeks after the New Hearing Date |
| Deadline to disclose expert witnesses | 17 weeks after the New Hearing Date |
| Deadline to serve expert report(s) for which a party bears the burden of proof | 22 weeks after the New Hearing Date |
| Deadline to serve rebuttal expert reports | 30 weeks after the New Hearing Date |
| Expert discovery deadline | 39 weeks after the New Hearing Date |
| Deadline to file dispositive motions | 44 weeks after the New Hearing Date |
| Hearings on dispositive motions | 57 weeks after the New Hearing Date (pending court availability) |

9.     Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the Declaration of William R. Overend setting forth (a) the reasons for the requested rescheduling; (b) all previous time modifications in the case; and (c) the effect of the requested rescheduling.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 1, 2010.                    REED SMITH LLP


By____/s/ William R. Overend_____
William R. Overend
Attorneys for Defendants
Stryker Corporation and Stryker Communications, Inc.

Dated: December 1, 2010.                    BECK, ROSS, BISMONTE & FINLEY, LLP


By____/s/ Alfredo A. Bismonte_____
Alfredo A. Bismonte
Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1

**CERTIFICATION**

2

     I hereby attest that concurrence in the filing of this document has been obtained by the above

3

named signatories.

4

5

     DATED:  December 1, 2010.

6

                REED SMITH LLP

7

8

                By____*/s/ William R. Overend*_____

9

                   William R. Overend
                   Attorneys for Defendants

10

                   Stryker Corporation and Stryker Communications,
                   Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 5 –

US_ACTIVE-103069979.1

REED SMITH LLP<br>A limited liability partnership formed in the State of Delaware

1

## <u>ORDER</u>

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   Dated: _____December 6_____, 2010

6   Honorable Vaughn Walker
    United States District Judge

7

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US_ACTIVE-103069979.1

Stipulation and Proposed Order Extending Deadlines
Case No. C 09-0355 (VRW)