**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  KARL STORZ ENDOSCOPY-AMERICA,
    INC.,
11                                                    No. C 09-00355 WHA

            Plaintiff,
12

13      v.
                                                      **ORDER SETTING CASE**
14  STRYKER CORPORATION, STRYKER                      **MANAGEMENT CONFERENCE**
    COMMUNICATIONS, INC., and
15  SMITH & NEPHEW, INC.,

16          Defendants.
                                            /
17

18          Please come in for a case management conference on **JANUARY 27, 2011, AT 11:00 A.M.** in

19  Courtroom 9 of the federal courthouse located at 450 Golden Gate Avenue, in San Francisco,

20  California.  A joint case management statement is due by noon on January 25, 2011.

21

22          **IT IS SO ORDERED.**

23

24  Dated: January 19, 2011.                        _____
                                                      WILLIAM ALSUP
25                                                    UNITED STATES DISTRICT JUDGE

26

27

28