William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants and Counterclaimants
STRYKER CORPORATION AND STRYKER
COMMUNICATIONS, INC.

**[ADDITIONAL COUNSEL
IDENTIFIED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No. C 09-0355 (WHA) |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER IDENTIFYING CLAIM PHRASES AND SETTING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| vs. | |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | |
| Defendants. | Honorable William      Alsup |
| AND RELATED COUNTERCLAIMS | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively "Stryker"), through their respective counsel of record, hereby stipulate to and jointly request the Court as follows:

1.      The Case Management Order dated January 27, 2011 (Doc # 249) directs the parties to "isolate no more than six phrases in all claims at issue and limit the hearing to those phrases," and directs counsel for the parties to "meet and confer and propose a briefing schedule leading up to the hearing."  The Case Management Order further directs the parties to jointly file a proposed briefing schedule by February 17, 2011.

2.      ~~Upon entry of~~ **In light of** the parties' stipulated dismissal of U.S. Patent No. 6,824,539 (*see* Doc # 251), only two patents ~~will~~ remain at issue in this action:  U.S. Patent No. 5,788,688 ("the '688 patent") and U.S. Patent No. 6,397,286 ("the '286 patent").

3.      Additionally, the parties have stipulated to the construction of a previously disputed claim term of the '688 patent as follows:

| Claim Term | Construction |
|---|---|
| display means for displaying data relating to the output to each of the surgical instruments | panel display for displaying data relating to status of each of the plurality of self-contained pieces of surgical equipment |

4.      In view of the foregoing, and pursuant to the Case Management Order, KSEA and Stryker jointly identify the following six phrases for the claim construction hearing:

    i.      "a surgeon's operating station at which a surgical procedure is performed" (the '688 patent at claims 1, 10)

    ii.     "a surgeon's control panel operatively positioned at the surgeon's operating station" (the '688 patent at claims 1, 10)

    iii.    "whereby each of the plurality of self-contained pieces of surgical equipment can be simultaneously operated with the operation thereof controlled and monitored from the surgeon's operating station" (the '688 patent at claims 1, 10)

    iv.     "input means for receiving commands entered manually" (the '688 patent at

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

– 2 –                                    US_ACTIVE-105589939.2

Stipulation and ~~[Proposed]~~ Order Identifying Claim Phrases and Setting Claim Construction Briefing Schedule
Case No. C 09-0355 (WHA)

1    claims 1, 10)

2        v.    "self-configuring bus" (the '286 patent at claim 1)

3        vi.   "whenever a said instrument is either newly connected or is disconnected from

4    said bus without interruption of the operation of the system" (the '286 patent at claim

5    1)

6

7    5.    Also pursuant to the Case Management Order, KSEA and Stryker jointly propose the

8    following schedule and page limits for claim construction briefing leading up to the claim

9    construction hearing:

10       i.    KSEA and Stryker will each submit opening claim construction briefs and

11   any supporting documents by March 11, 2011.  Opening claim construction briefs

12   will be limited to no more than 25 pages each.

13       ii.   KSEA and Stryker will each submit responsive claim construction briefs and

14   any supporting documents by March 25, 2011.  Responsive claim construction briefs

15   will be limited to no more than 15 pages each.

16

17   IT IS SO STIPULATED.

18   Dated: February 17, 2011                    Respectfully submitted,

19

20                                               /s/ Alfredo Bismonte
                                                 Justin T. Beck
21                                               Alfredo A. Bismonte
                                                 Ron C. Finley
22                                               Jeremy M. Duggan
                                                 BECK, ROSS, BISMONTE & FINLEY, LLP
23                                               50 West San Fernando Street, Suite 1300
                                                 San Jose, California 95113
24                                               Tel: (408) 938-7900
                                                 Fax: (408) 938-0790
25                                               Email: jbeck@beckross.com
                                                        rfinley@beckross.com
26                                                      abismonte@beckross.com
                                                        jduggan@beckross.com
27
                                                 Wesley W. Whitmyer
28                                               David W. Aldrich

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-105589939.2

Stipulation and [Proposed] Order Identifying Claim Phrases and Setting Claim Construction Briefing Schedule
Case No. C 09-0355 (WHA)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

Christopher H. Strate
ST ONGE STEWARD JOHNSTON & REENS
986 Bedford St
Stamford , CT 06905
Tel: 203-324-6155
Fax: 203-327-1096
Email: wwhitmyer@ssjr.com
         daldrich@ssjr.com
         cstrate@ssjr.com

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

Dated: February 17, 2011          Respectfully submitted,


                                  /s/ William R. Overend
                                  William R. Overend
                                  Reed Smith LLP
                                  Two Embarcadero Center, Suite 2000
                                  San Francisco, CA 94111
                                  415/543-8700
                                  Email: woverend@reedsmith.com

                                  Gregory Joseph Vogler
                                  Robert Anthony Surrette
                                  David D. Headrick
                                  Andrew Woodcock Bateman
                                  MCANDREWS HELD & MALLOY, LTD
                                  50 W Madison St, 34th Floor
                                  Chicago , IL 60661
                                  312-775-8000
                                  Email: gvogler@mcandrews-ip.com
                                          bsurrette@mcandrews-ip.com
                                          dheadrick@mhmlaw.com
                                          abateman@mcandrews-ip.com

                                  Attorneys for Defendants,
                                  Stryker Corporation and
                                  Stryker Communications, Inc.

US_ACTIVE-105589939.2

Stipulation and [Proposed] Order Identifying Claim Phrases and Setting Claim Construction Briefing Schedule
Case No. C 09-0355 (WHA)

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained from the above named signatories.

DATED:  February 17, 2011

REED SMITH LLP

By  /s/ William R. Overend
      William R. Overend
      Attorneys for Defendants
      Stryker Corporation and
      Stryker Communications, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US_ACTIVE-105589939.2

Stipulation and [Proposed] Order Identifying Claim Phrases and Setting Claim Construction Briefing Schedule
Case No. C 09-0355 (WHA)

1

## <u>ORDER</u>

2

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6      Dated: <u>February 17, 2011.</u>, 2011      _____

7      Honorable William    Alsup
       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

Stipulation and [Proposed] Order Identifying Claim Phrases and Setting Claim Construction Briefing Schedule
Case No. C 09-0355 (WHA)