1  William R. Overend (SBN 180209)
   Email: woverend@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3659
   Telephone:  +1 415 543 8700
4  Facsimile:  +1 415 391 8269

5  Attorneys for Defendants and Counterclaimants
   STRYKER CORPORATION AND STRYKER
6  COMMUNICATIONS, INC.

7  **[ADDITIONAL COUNSEL
   IDENTIFIED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KARL STORZ ENDOSCOPY-AMERICA, INC., | Case No. C 09-0355 (WHA) |
| --- | --- |
| Plaintiff, | **[PROPOSED] STIPULATED DISMISSAL OF CERTAIN PATENT RELATED CLAIMS AND ORDER** |
| vs. | |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | Honorable William H. Alsup |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively "Stryker"), through their respective counsel of record, hereby stipulate to entry of the following:

1. All claims and counterclaims relating to U.S. Patent No. 6,824,539 ("the '539 patent") are dismissed WITH PREJUDICE.

2. KSEA covenants not to sue Stryker or any of its divisions, subsidiaries, affiliates, distributors, customers, or successors, based on any claim that Stryker or any of its divisions, subsidiaries, affiliates, distributors, customers, or successors, directly, indirectly, contributorily, by inducement, or otherwise infringes any claim of the '539 patent, or any claim of any patent resulting from a reissue or reexamination of the '539 patent. The covenant not to sue applies to all of Stryker's past, present and future conduct and products. KSEA also covenants not to transfer any of its rights to the '539 patent to any person or entity unless that person or entity agrees to these terms.

3. This stipulation has no effect on the parties' claims and counterclaims relating to U.S. Patent No. 5,788,688 and U.S. Patent No. 6,397,286.

IT IS SO STIPULATED.

Dated: February 14, 2011                    Respectfully submitted,

/s/ Alfredo Bismonte
Justin T. Beck
Alfredo A. Bismonte
Ron C. Finley
Jeremy M. Duggan
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Wesley W. Whitmyer
David W. Aldrich
Christopher H. Strate
ST ONGE STEWARD JOHNSTON & REENS

|   |   |
|---|---|
|  | 986 Bedford St |
|  | Stamford, CT 06905 |
|  | Tel: 203-324-6155 |
|  | Fax: 203-327-1096 |
|  | Email: wwhitmyer@ssjr.com |
|  |        daldrich@ssjr.com |
|  |        cstrate@ssjr.com |

Attorneys for Plaintiff,
Karl Storz Endoscopy-America, Inc.

Dated: February 14, 2011          Respectfully submitted,


/s/ William R. Overend
William R. Overend
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
415/543-8700
Email: woverend@reedsmith.com

Gregory Joseph Vogler
Robert Anthony Surrette
David D. Headrick
Andrew Woodcock Bateman
MCANDREWS HELD & MALLOY, LTD
50 W Madison St, 34th Floor
Chicago, IL 60661
312-775-8000
Email: gvogler@mcandrews-ip.com
       bsurrette@mcandrews-ip.com
       dheadrick@mhmlaw.com
       abateman@mcandrews-ip.com

Attorneys for Defendants,
Stryker Corporation and
Stryker Communications, Inc.

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: February 14, 2011

                              REED SMITH LLP

                              By /s/ William R. Overend
                                  William R. Overend
                                  Attorneys for Defendants
                                  Stryker Corporation and
                                  Stryker Communications, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____March 1_____, 2011      _____
　　　　　　　　　　　　　　　　　　　　Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge