Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Ron C. Finley (Cal. Bar No. 200549)
Jeremy M. Duggan (Cal. Bar No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiff, Karl Storz
Endoscopy-America, Inc.

**[ADDITIONAL COUNSEL
IDENTIFIED ON SIGNATURE PAGE]**

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, AND STRYKER COMMUNICATIONS, INC.<br><br>Defendants. | **Case No. C 09-0355 (WHA)**<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>**[Civ. L.R. 7-12]**<br><br>Honorable William H. Alsup<br>Courtroom 9 |

Case No. C 09-0355 (WHA)
STIP AND ORDER RE EQUIPMENT

Pursuant to Civil Local Rules 7-12, Plaintiff Karl Storz Endoscopy-America, Inc. ("KSEA") and Defendants Stryker Corporation and Stryker Communications, Inc. (collectively, "Stryker"), through their respective counsel of record, hereby state as follows:

1. By Order dated January 17, 2011 (Doc # 249), the Honorable William H. Alsup entered a Case Management Order and Reference to Magistrate Judge for Settlement/Mediation ("Case Management Order").

2. That Case Management Order scheduled a tutorial for the Court for April 13, 2011 at 1:30 p.m. and a related patent claim construction hearing for April 27, 2011, both to be held at the courtroom of Judge Alsup.

3. In order to make an appropriate presentations at both events, the parties anticipate making visual presentations which will necessitate bringing into the courthouse and through the building's security inspection certain equipment, including but not limited to laptop computers, projectors and projection screens.

Accordingly, the parties hereby stipulate to and jointly request the Court to order as follows:

> KSEA and Stryker are hereby given permission to bring audio-visual equipment consisting of four laptop computers, one projector, and one projection screen, along with control/power devices and cables relating to the same, into the Federal courthouse and up to the courtroom of the Honorable William H. Alsup on April 13, 2011 and on April 27, 2011.

IT IS SO STIPULATED.

Case No. C 09-0355 (WHA)   1
STIP AND ORDER RE EQUIPMENT

                                                              Respectfully submitted,

Dated: April 11, 2011.                           BECK, ROSS, BISMONTE & FINLEY, LLP


By _____/s/_____
Alfredo A. Bismonte

Wesley W. Whitmyer
David W. Aldrich
Stephen F.W. Ball, Jr.
Brian L. Repper
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155

Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.

Dated: April 11, 2011.

REED SMITH LLP


By ____/s/_____
William R. Overend

Gregory Joseph Vogler
Robert Anthony Surrette
Andrew Woodcock Bateman
MCANDREWS HELD & MALLOY, LTD
50 W Madison St, 34th Floor
Chicago , IL 60661
312-775-8000

Attorneys for Defendants,
Stryker Corporation and
Stryker Communications, Inc.

Case No. C 09-0355 (WHA)                         2
STIP AND ORDER RE EQUIPMENT

**CERTIFICATION**

I hereby attest pursuant to General Order 45, Section X, that concurrence in the filing of this document has been obtained from the above named signatories.

DATED: April 11, 2011         BECK, ROSS, BISMONTE & FINLEY LLP


By_____/s/_____
Alfredo A. Bismonte
Attorneys for Plaintiff
Karl Storz Endoscopy-America, Inc.


**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

KSEA and Stryker are hereby given permission to bring audio-visual equipment consisting of four laptop computers, one projector, and one projection screen, along with control/power devices and cables relating to the same, into the Federal courthouse and up to the courtroom of the Honorable William H. Alsup on April 13, 2011 and on April 27, 2011.


Dated: __April 11_____, 2011         _____
Honorable William Alsup
Judge of the United States District Court

Case No. C 09-0355 (WHA)         3
STIP AND ORDER RE EQUIPMENT