1  Gregory J. Vogler (admitted *pro hac vice*)
   Email: gvogler@mcandrews-ip.com
2  Robert A. Surrette (admitted *pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
3  McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
4  Chicago, Illinois 60661
5  Telephone: (312) 775-8000
   Facsimile: (312) 775-8100
6

7  William Ross Overend (SBN 180209)
   Email: woverend@reedsmith.com
8  REED SMITH LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105
   Telephone: (415) 543-8700
10 Facsimile: (415) 391-8269

11
   Attorneys for Defendants
12 STRYKER CORPORATION and
   STRYKER COMMUNICATIONS, INC.
13

14            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
15                SAN FRANCISCO DIVISION

16

17 KARL STORZ ENDOSCOPY-
   AMERICA, INC.,
18                                  Case No. C 09-0355 (WHA)
              Plaintiff,
19                                  [PROPOSED] ORDER GRANTING
                                    STRYKER'S UNOPPOSED MOTION
20       v.                         FOR ADMINISTRATIVE RELIEF
                                    ALLOWING ANDREW W. BATEMAN TO
21 STRYKER CORPORATION and          WITHDRAW AS COUNSEL AND
   STRYKER COMMUNICATIONS, INC.,    REQUESTING WITHDRAWAL OF MR.
22                                  BATEMAN FROM ECF SYSTEM
              Defendants.
23

24

25

26

27

28

1 | The Court, having reviewed Defendants Stryker Corporation and Stryker Communications, Inc.'s (collectively, "Stryker") Motion for Administrative Relief Allowing Andrew W. Bateman To Withdraw as Counsel and Requesting Withdrawal of Mr. Bateman From ECF System, and good cause appearing,

IT IS HEREBY ORDERED THAT Stryker's Motion for Administrative Relief is GRANTED.

IT IS FURTHER ORDERED that Andrew W. Bateman is withdrawn as counsel for Stryker in this matter, and will no longer receive ECF notices relating to this case.

IT IS SO ORDERED.

Dated: June 21, 2011.

_____
WILLIAM       ALSUP
United States District Court Judge