IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ-ENDOSCOPY-AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION, and STRYKER COMMUNICATIONS, INC.,<br><br>    Defendants.<br>_____/ | No. C 09-00355 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE** |

The Court is in receipt of plaintiff's letter of August 10, 2011, concerning a discovery dispute and **SETS** a meet-and-confer starting at **9:00 A.M. AND CONTINUING THROUGH TO 1:00 P.M. ON THURSDAY, AUGUST 18, 2011**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 1:00 p.m., the Court shall hold a hearing to resolve any remaining unresolved issue(s). Defendants' response is due by noon on August 15.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing. Please buzz chambers at 9:00 a.m. to be let into the jury room.

**IT IS SO ORDERED.**

Dated: August 11, 2011.

                                                    WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE