IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL STORZ ENDOSCOPY-AMERICA, INC., | No. C 09-00355 WHA |
| Plaintiff, | |
| v. | **ORDER RESOLVING DISCOVERY DISPUTE AND AMENDING CASE MANAGEMENT SCHEDULING ORDER** |
| STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

As stated at the August 18 hearing, plaintiff's discovery dispute (Dkt. No. 304) is resolved as follows. Defendants shall produce the disputed documents by **SEPTEMBER 22, 2011**. Plaintiff's opening expert report on damages must be served by **OCTOBER 31, 2011**. Paragraph seven of the case management scheduling order (Dkt. No. 249) is **STRICKEN**. All other case management dates and deadlines remain in effect.

**IT IS SO ORDERED.**

Dated: August 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE