IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL STORZ ENDOSCOPY-AMERICA, INC.,

    Plaintiff,

  v.

STRYKER CORPORATION and STRYKER COMMUNICATIONS, INC.,

    Defendants.

No. C 09-00355 WHA

**ORDER RE DEFENDANTS' MOTION TO FILE UNDER SEAL**

Karl Storz Endoscopy-America (KSEA) has not timely filed a declaration supporting Stryker's motion to file under seal Exhibits L and M to the Declaration of Merle S. Elliott in Support of Stryker's Reply in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity (Dkt. No. 333).

Accordingly, there is insufficient support to file these items under seal pursuant to Civil Local Rule 79-5(d). KSEA may file a supporting declaration by **NOON ON DECEMBER 5, 2011**. Otherwise, the exhibits will be publicly filed.

**IT IS SO ORDERED.**

Dated: December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE