IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL STORZ ENDOSCOPY-AMERICA,

    Plaintiff,

  v.

STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.,

    Defendants.

No. C 09-00355 WHA

**NOTIFICATION OF TRIAL POSTPONEMENT**

Due to a large criminal trial before the undersigned judge, the trial date for this action, originally scheduled for February 13, 2012, is postponed until further notice.

**IT IS SO ORDERED.**

Dated: January 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE