IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL STORZ ENDOSCOPY-AMERICA,      No. C 09-00355 WHA

    Plaintiff,

  v.      **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE AND HEARING ON STRYKER'S DAUBERT MOTIONS**

STRYKER CORPORATION and
STRYKER COMMUNICATIONS, INC.,

    Defendants.
                                  /

      The parties filed a stipulated request to continue the final pretrial conference and hearing on Stryker's *Daubert* motions by two weeks (Dkt. No. 381). The supporting declaration states that meeting these deadlines would detract from their settlement efforts after a recent, productive settlement conference with Magistrate Judge Elizabeth Laporte. Since the trial date has been postponed in this action, the parties' request to reschedule by two weeks is **GRANTED**. The final pretrial conference is rescheduled to February 13, 2012. The hearing on Stryker's *Daubert* motions are rescheduled to February 9, 2012.

      **IT IS SO ORDERED.**

Dated: January 9, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE